FILED
2008 Dec-22 PM 01:58
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **EDWARD DWIGHT COLEMAN,** | ) |
| **Petitioner,** | ) |
| v. | ) 2:08-cv-02248-RDP-JEO |
| **WARDEN GARY HETZEL; THE ATTORNEY GENERAL of ALABAMA,** | ) |
| **Respondents.** | ) |

## MEMORANDUM OPINION

On December 2, 2008, Petitioner filed a form application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 with this court. He challenges the validity of his conviction on August 10, 1986, for two counts of possession of a forged instrument. In accordance with the usual practices of this court, the petition was referred to a magistrate judge for a preliminary review and recommendation.

On December 4, 2008, the court entered an order for Petitioner to show cause why his petition should not be dismissed as successive. Petitioner responded with a motion to dismiss his petition without prejudice to seek permission from the Eleventh Circuit to file a successive petition. (Doc. #2). Upon consideration, the court finds that Petitioner's motion to dismiss is due to be granted and this matter dismissed without prejudice.

**DONE**, this the ___22nd___ day of December 22, 2008.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE